UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**SHARON HINES, o/b/o E.J., Jr.**

              V.              CASE NUMBER: 6:03-CV-381(FJS/GHL)

**COMMISSIONER OF SOCIAL SECURITY**

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on July 13, 2006, as follows:

1. Pursuant to 42 U.S.C. §405(g), for entry of a final judgment;

2. Pursuant to 42 U.S.C. §406(b)(1), for attorney's fees in the amount of $4,000.00;

3. Under the EAJA, for attorney's fees in the amount of $4,000.00.


DATED:     July 13, 2006

*[signature]*
Clerk of Court


LKB:lmp